
Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA



FILED

'06 MAY 23 P 2:51

U.S.A. vs. Billie Showers                    Docket No. 01-00022-001 Erie

U.S. DISTRICT COURT

**Petition on Supervised Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of BILLIE SHOWERS, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 11th day of August 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and treatment for substance abuse as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, not to exceed the actual costs. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

<u>08-11-02</u>:   Conspiracy to Possess With Intent to Distribute and Distribute 50 Kilograms or More but Less Than 100 Kilograms of Marijuana; 36 months' custody of the Bureau of Prisons, 3 years' supervised release.

<u>06-14-05</u>:   Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that urine specimens obtained from the releasee on April 27, 2006, and May 1, 4, 8, and 11, 2006, have tested positive for cocaine. The releasee has also failed to attend outpatient drug and alcohol treatment. The releasee admits to the use of drugs and the failure to participate in treatment. On May 15, 2006, the releasee signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision, in

U.S.A. vs. Billie Showers
Docket No. 01-00022-001 Erie
Page 2

which he agreed to the following modification of supervision: The releasee shall be placed on home confinement for a period of up to 150 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the defendant shall wear an electronic device and shall observe the rules specified by the Probation Office.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee shall be placed on home confinement for a period of up to 150 days under the aforementioned conditions.

ORDER OF COURT

Considered and ordered 24th day of May, 2006 and ordered filed and a part of the records in the above case.

_Maurice B. Cohill, Jr._
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 22, 2006

_David J. Conde_
David J. Conde
U.S. Probation Officer

_Gerald R. Buban_
Gerald R. Buban
Supervising U.S. Probation Officer

Place:   Erie, PA