Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Billie Showers                                    Docket No. 01-00022-001 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of BILLIE SHOWERS, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 11th day of August 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and treatment for substance abuse as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, not to exceed the actual costs. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

08-11-02:   Conspiracy to Possess With Intent to Distribute and Distribute 50 Kilograms or More but Less Than 100 Kilograms of Marijuana; 36 months' custody of the Bureau of Prisons, 3 years' supervised release.
06-14-05:   Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.
05-24-06:   Petition signed, Judge Cohill; imposition of home confinement for a period of up to 150 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall refrain from any unlawful use of a controlled substance.**
**The defendant shall not illegally possess a controlled substance.**

Since May 22, 2006, Mr. Showers has tested positive for cocaine on the following dates: July 17 and 24, 2006, and August 10, 17, and 21, 2006. These positive tests were confirmed by Scientific Testing Laboratories, Incorporated. The defendant has tested positive for cocaine on 16 occasions since his release from the Bureau of Prisons on June 14, 2005.



U.S.A. vs. Billie Showers
Docket No. 01-00022-001 Erie
Page 2

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of the month.**
**The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

On March 7, 2006, Mr. Showers was instructed by the Probation Office that he was to begin reporting to the office every Monday and Thursday for drug testing. Mr. Showers failed to report on April 14 and 17, 2006. On April 24, 2006, Mr. Showers was reminded of the reporting requirements by the Probation Office. On July 14, 2006, Mr. Showers was again reminded of the twice-per-week reporting requirement. This reminder came about after he failed to report to the Probation Office on June 15, 2006, and by July 13, 2006, no contact with Mr. Showers had been made. On July 13, 2006, a home visit was conducted by the Probation Office, and a message was left instructing Mr. Showers to report to the Probation Office immediately. Mr. Showers reported the following day and was again reminded of the twice-per-week reporting requirement. After this meeting, Mr. Showers failed to report to the Probation Office on August 24, 28, and 30, 2006. Mr. Showers reported on September 7, 2006, at which time he was advised of his failure to report and was once again instructed to report every Monday and Thursday to the Probation Office. Mr. Showers failed to report on September 11, 2006.

**The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, not to exceed the actual costs.**

Mr. Showers was referred to Gaudenzia/Crossroads for treatment on April 3, 2006. Mr. Showers failed to attend any counseling sessions in May 2006. A report of noncompliance for failure to attend a scheduled counseling session, was received for the following dates: July 17 and 24, 2006.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom B, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____September 15, 2006_____

ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

_____David J. Conde_____
U.S. Probation Officer

_____Gerald R. Buban_____
Supervising U.S. Probation Officer

Place:    Erie, PA