IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 01-22 Erie |
| ) | |
| BILLIE SHOWERS ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Billie Showers, 6504, Year of Birth: 1969, African American, Male.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee was sentenced in this district for a violation of Title 21, United States Code, Section 846.

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, in relation to issues concerning the payment of child support.

5. The above case is set for a supervised release revocation hearing at Erie, Pennsylvania on October 3, 2006, at 2:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____     _____
DATE                        SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney