# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A )
_____ )
Plaintiff )
)
vs. ) No. CR 01-22E
Billie Shavers )
_____ )
Defendant )

HEARING ON _Supervised Release Violations_

Before Judge _Maurice B. Cohill, Jr._

AUSA Marshall Piccinini    AFPD Tina Patton
_____    _____
Appear for Plaintiff        Appear for Defendant

Hearing began _2:05 10/3/06_    Hearing adjourned to ___—___
Hearing concluded C.A.V. _2:40 10/3/06_ Stenographer _P. Shuman_

### WITNESSES:

For Plaintiff                 For Defendant

D. Does not contest violation.
D. has violated conditions of S.R. and it shall be revoked
CAT IV, most serious violation is Grade C
Supervision revoked;
Sentence: 12 mo. + 1 day imprisonment, to be served
consecutively to any state sentence D is serving;
2 years S.R. — conditions previously imposed to remain
in full force and effect.