United States )
vs )  Honorable
 )  Maurice Cohil
Bill Showers )
 )
 )

Oct. 13th 2006

**FILED**

'06 OCT 16 P1:58

CLERK
U.S. DISTRICT COURT

## Motion For Extension

The defendant moves this court for extension.

Defendant Bill Showers is being held at the Erie County Prison

Defendant has limited access access to the courts because of limited time offered by Erie County Prison to prepare legal work. Defendant has plans on following up with several motions regarding sentencing but he is hindered because of lack of time and materials

Therefore Bill Showers moves the court for granting of extension and more access to Law Library to work on federal case.

Respectfully Submitted
Bill Showers
20118-068