**DEPARTMENT OF CORRECTIONS**

ERIE COUNTY PRISON
1618 ASH STREET   ERIE, PA 16503
Name: Bill Shields
I.D.# 6504

Federal Building
Judge. Cohill
17 south park Row
Erie PA 16501

**RECEIVED**

OCT 1 6 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

