IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CR 01-22E |
| | ) |
| BILLIE SHOWERS, | ) |
| | ) |
| Defendant. | ) |

ORDER

    The Court has received a hand-written "Motion for Extension" from this Defendant. On October 3, 2006 this Court revoked Defendant's supervised release and sentenced the Defendant to 12 months plus one day of imprisonment to be followed by 2 years of supervised release for violating the conditions of his supervised release. This sentence is to be served consecutively to any state sentence the Defendant is serving. The Defendant did not contest the violations, and admitted his guilt.

    Judgment of sentence having been imposed, we are without jurisdiction to consider Defendant's motion. AND NOW, to-wit, this 18th day of October, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Extension be and hereby is DISMISSED.

                                                   Maurice B. Cohill, Jr.
                                                   Senior United States District Judge