IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-22 Erie |
| | ) |
| BILLIE SHOWERS | ) |

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

AND NOW, this <u>21st</u> day of September, 2006, the Court, having received a Financial Affidavit completed under the penalty of perjury by the above-named individual; the Court being satisfied that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this supervised release revocation action.

PRIMARY COUNSEL:    Thomas W. Patton
Assistant Federal Public Defender
PA State ID #88653

s/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge

N:\WPDATA\WPDOCS\CURRENT\Showers, Billie\APPOINTsr.ORD.wpd