IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    v.              CRIMINAL NO. 01-22 ERIE

BILLIE SHOWERS

            ARRAIGNMENT

Proceedings held before the HONORABLE

SUSAN PARADISE BAXTER, U.S. Magistrate Judge,

in Courtroom B, U.S. Courthouse, Erie,

Pennsylvania, on Tuesday, July 24, 2001.

APPEARANCES:
    CHRISTIAN A. TRABOLD, Assistant United States
    Attorney, appearing on behalf of the Government.

    MICHAEL R. CAULEY, Esquire, appearing on behalf

of the Defendant.

Ronald J. Bench, RMR - Official Court Reporter

2

1           P R O C E E D I N G S

2

3       (Whereupon, the proceedings began at 1:33 p.m., on

4  Tuesday, July 24, 2001, in Courtroom B.)

5

6       DEPUTY CLERK:  The case before the court is United

7  States of America versus Billie Showers.  It's docketed at

8  Criminal No. 01-22 Erie.  Representing the government is

9  Christian Trabold.  Representing the defendant is Michael

10  Cauley.

11        THE COURT:  Mr. Showers, I see we finally have you

12  with your attorney here.  And this is the arraignment, which is

13  simply the hearing that you plead to the charges against you;

14   do you understand that?

15        THE DEFENDANT:  Yes, ma'am.

16        THE COURT:  Before I can take the plea, I have to

17   make sure you understand the charges.  Mr. Cauley, would you

18   like for us to review the charges at this time?

19        MR. CAULEY:  No, ma'am, we have gone over the

20   Indictment.

21        THE COURT:  All right, Mr. Showers, I'm going to

22   have you put under oath and ask you if you understand the

23   charges before I take your plea.

24        (Whereupon, the Defendant, BILLIE SHOWERS, is

25   sworn.)

3

1        THE COURT:  Are you the Billie Showers named in the

2   Indictment?

3        THE DEFENDANT:  Yes, ma'am.

4        THE COURT:  Have you received a copy of the

5   Indictment?

6        THE DEFENDANT:  Yes, ma'am.

7        THE COURT:  And have you read it?

8        THE DEFENDANT:  Yes, I have.

9        THE COURT:  Have you discussed the charges against

10  you with your attorney?

11       THE DEFENDANT:  Briefly.

12       THE COURT:  Do you understand them?

13       THE DEFENDANT:  Yes.

14       THE COURT:  Mr. Cauley, how does your client plead?

15       MR. CAULEY:  Not guilty at this time, your Honor.

16       THE COURT:  Please sign your not guilty plea, Mr.

17  Showers.  Mr. Cauley, you have 10 days from today's date within

18  which to file pretrial motions.

19       MR. CAULEY:  I understand.  For the record, I have

20  discussed with Mr. Trabold the need to have some additional

21  time, which he graciously indicated he would agree to.

22       MR. TRABOLD:  I have no objection.

23       MR. CAULEY:  Your Honor, I will file the appropriate

24  motion.

25       THE COURT:  All right.  This case has been assigned

4

1  to Judge McLaughlin.  Is there anything else, Mr. Trabold?

2          MR. TRABOLD: Your Honor, we have complied with Rule

3  16.

4          THE COURT: I have a copy of the receipt for the

5  local Criminal Rule 16 materials, the discovery materials. And

6  it looks like to me it's substantially completed, is that

7  correct?

8          MR. TRABOLD: Correct.

9          THE COURT: Mr. Cauley, do you see anything that is

10 glaringly absent?

11         MR. CAULEY: Judge, I have not had an opportunity to

12 review this in any kind of detail, so I assume that everything

13 they said is there and we'll go from there.

14         THE COURT: All right, fine. Anything else, Mr.

15 Cauley, at this time?

16         MR. CAULEY: My client is on bail, your Honor, I

17 assume that is going to continue?

18         THE COURT: You have had no problems so far, good.

19 That will continue.

20         MR. CAULEY: That's fine. That being the case, we

21 have nothing else, your Honor, thank you very much.

22         THE COURT: All right, we're adjourned.

23         (Whereupon, at 1:38 p.m., the proceedings were

24 concluded.)

25             - - -


                    5


1            C E R T I F I C A T E

2

3

4    I, Ronald J. Bench, certify that the foregoing is a

5  correct transcript from the record of proceedings in the

6  above-entitled matter.

7

8

9

10

11  _____

12  Ronald J. Bench

13

14

15

16

17

18

19

20

21

22

23

24

25