```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
         v.                   ) Criminal No. 01-22 Erie
                              )
BILLIE SHOWERS                )
```

## MOTION TO SEAL TRANSCRIPT

AND NOW, comes the defendant, BILLIE SHOWERS, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court to enter an Order sealing the transcript of the sentencing hearing in the above case, and in support thereof sets forth as follows:

1. The defendant, Billie Showers, was sentenced before this court on August 14, 2002.

2. On December 22, 2006, the transcript from the sentencing hearing was completed by the court reporter, Ronald Bench, and entered as Doc. No. 87 on the docket with the language that the transcript may be made remotely, electronically available to the public without redaction.

3. Counsel for Mr. Showers moves this Honorable Court to place the entire transcript under seal as sensitive information is contained throughout the document.

WHEREFORE, defendant respectfully requests that this Honorable Court enter an Order sealing the transcript of the sentencing hearing held on March 14, 2006 (Doc. 31) in the above captioned

case.

                                                Respectfully submitted,

                                                /s/Thomas W. Patton
                                                Thomas W. Patton
                                                Assistant Federal Public Defender
                                                PA ID #88653