```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
         v.                 ) Criminal No. 01-22 Erie
                            )
BILLIE SHOWERS              )
```

### ORDER OF COURT

AND NOW, to-wit, this ____ day of January, 2007, upon consideration of the within Motion to Seal Transcript, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby GRANTED;

IT IS FURTHER ORDERED that the transcript of the sentencing hearing held on August 14, 2002 (Doc. 87) is hereby SEALED.

```
                    _____
                    MAURICE B. COHILL, JR.
                    Senior United States District Judge
```