IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-22 Erie |
| | ) |
| BILLIE SHOWERS | ) |

### ORDER OF COURT

AND NOW, to-wit, this 29th day of January, 2007, upon consideration of the within Motion to Seal Transcript, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby GRANTED;

IT IS FURTHER ORDERED that the transcript of the sentencing hearing held on August 14, 2002 (Doc. 87) is hereby SEALED.

*Maurice B. Cohill, Jr.*
MAURICE B. COHILL, JR.
Senior United States District Judge