**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-4502</u>

USA

vs.

Showers

Billie Showers, Appellant

(Western District of Pennsylvania Criminal No. 01-cr-00022E)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.



A True Copy:
Marcia M. Waldron, Clerk

Clerk
United States Court of Appeals
for the Third Circuit

Date: March 23, 2007

cc:
    Renee Pietropaolo, Esq.
    Robert L. Eberhardt, Esq.