Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Billie Showers                                    Docket No. 01-00022-001 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of BILLIE SHOWERS, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 3rd day of October 2006, who fixed the period of supervision at two years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Original conditions of supervision imposed by Senior U.S. District Judge Cohill, Jr., on August 11, 2002, at sentencing:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and treatment for substance abuse as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, not to exceed the actual costs. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

| | |
|---|---|
| 08-14-02: | Conspiracy to Possess With Intent to Distribute and Distribute 50 Kilograms or More but Less Than 100 Kilograms of Marijuana; 36 months' custody of the Bureau of Prisons, 3 years' supervised release. |
| 06-14-05: | Released to supervision. |
| 05-24-06: | Petition signed, Judge Cohill; Imposition of home confinement for a period of up to 150 days. |
| 10-03-06: | Revocation hearing, Judge Cohill; Term of supervised release revoked and sentenced to 12 months and 1 day' custody of the Bureau of Prisons, to be followed by 2 years' supervised release. |
| 01-23-08: | Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant must report to the Probation Office in the district to which the defendant is released within 72 hours of release from the Bureau of Prisons.**

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

**The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

U.S.A. vs. Billie Showers
Docket No. 01-00022-001 Erie
Page 2

    Mr. Showers failed to report to the Probation Office within 72 hours after his release from the Bureau of Prisons, and his whereabouts is unknown. Mr. Showers was released from the Federal Correctional Institution at Elkton, Elkton, Ohio, on January 23, 2008. At the time of his release, he signed and was provided a copy of the Bureau of Prisons' Notice of Release and Arrival. The form advised Mr. Showers that he had two years of supervised release to serve, the term of supervised release commenced immediately upon his release, and he was directed to report for supervision within 72 hours. The form also informed Mr. Showers that failure to report to the Probation Office within 72 hours would constitute a violation of his release conditions. Mr. Showers proposed address of residence upon release was 1100 East 11th Street, Erie, Pennsylvania. As of January 27, 2008, Mr. Showers failed to contact the Probation Office. On January 31, 2008, a notice to report to the Probation Office on February 7, 2008, was sent to the address of release. Mr. Showers failed to report on February 7, 2008. On February 13, 2008, the probation officer went to the release address and was advised by the occupant that Mr. Showers was not residing at that address. The occupant indicated that she had been residing at the address since August 2007 and did not know Mr. Showers. The probation officer also went to a previously known address used by Mr. Showers, and the occupant at this address advised that she had moved there in September 2007 and did not know Mr. Showers.

PRAYING THAT THE COURT WILL ORDER a bench warrant to be issued for the arrest of the supervised releasee for alleged violation of supervision and that bond be set at $ _10,000_____.

ORDER OF COURT

Considered and ordered this _21st_ day of _February_, 20 _08_ and ordered filed and made a part of the records in the above case.

_[signature]_
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____   February 19, 2008

_[signature]_
David J. Conde
U.S. Probation Officer

_[signature]_
Paul J. Dippolito (for)
Stephan A. Lowers
Supervising U.S. Probation Officer

Place:   Erie, PA