IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-22 Erie |
| | ) |
| BILLIE SHOWERS | ) |

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

AND NOW, this 21st day of March, 2008, the Court, having received a Financial Affidavit completed under the penalty of perjury by the above-named individual; the Court being satisfied that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this supervised release revocation action.

PRIMARY COUNSEL:   Thomas W. Patton
                   Assistant Federal Public Defender
                   PA State ID #88653

*Maurice B. Cohill, Jr.*
MAURICE B. COHILL, JR.
Senior United States District Judge