# In The United States District Court
## For The Western District of Pennsylvania

United States of America )
)
)
Plaintiff )
vs. ) No.    CR 01-22 Erie
Billie Showers )
)
)
Defendant )

HEARING ON  April 23, 2008  Initial Appearance - Sup. Release Rev.

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

~~Marshall J. Piccinini~~, Esq., AUSA              Thomas W. Patton, Esq., Fed. P.D.
Chris Trabold

Appear for Plaintiff                              Appear for Defendant

Hearing Begun  11:15 a.m.                         Hearing Adjourned to

Hearing concluded C.A.V.                          Stenographer  Ron Bench
                                                  CD:           Index:

**WITNESSES**

For Plaintiff                                     For Defendant

Court explains to Defendant the reason for warrant and advised that bond set by Judge Cohill at $10,000 cash bond. After prelim exam of evidence, Court rules that there is sufficient evidence to ~~support~~ warranted arrest.

Witness - David Conde - U.S. Probation Officer
Exhibit - Notice of Delinquency; Arrival (#1)

BP-S714.056 **NOTICE OF RELEASE AND ARRIVAL**   CDFRM
APR 03
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| Inmate Name<br>Showers, Billie | Reg No.: 20118-068<br>FBI No.: 970987NA1<br>State No.: IN 01120814 | Institution/Address<br>FCI Elkton<br>8730 Scroggs Road<br>P.O. Box 89<br>Elkton, OH 44415 |
|---|---|---|
| Release Date: January 23, 2008 | | Release Method: Good Conduct Time Release |
| Public Law Days<br>0 | Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision)<br>_X_ YES ( _2_ years _____ months)<br>_____ NO | |

**RELEASED TO:** (Check one)

| _X_ Community<br>Transportation arranged to: Erie, PA<br>Method of transportation: POV<br>(Name of common carrier or other)<br>Date of expected arrival at residence: 01/23/08 | Detaining Agency: _____<br>Agency Address: _____ |
|---|---|

WESTERN DISTRICT OF PA.
**RECEIVED**
FEB - 7 2008
U.S. PROBATION & PRETRIAL SERVICES OFFICE

**SUPERVISION JURISDICTION(s)**

| Sentencing District<br>Chief/Director: Theodore W. Johnson, CUSPO<br>Supervision Agency: U.S. Probation Office<br>District: Western Pennsylvania<br>Address: 411 Seventh Avenue, Suite 1100<br>P. O. Box 1468<br>Pittsburgh, Pennsylvania 15230<br>Phone: (412) 395-6907 | District of Residence (for relocation cases)<br>Chief/Director: _____<br>Supervision Agency: _____<br>District: _____<br>Address: _____<br>Phone: ( ) _____ |
|---|---|
| Address of proposed residence: | 1100 East 11th Street<br>Erie, Pennsylvania 16503 |

**DNA STATUS**

| DNA sample required:<br>_X_ YES _____ NO | If YES date sample taken<br>10/24/07 | DNA Number<br>ELK01605 |
|---|---|---|

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)
*Bill Showers  All rights reserved*

GOVERNMENT EXHIBIT
cr
CASE NO. 01-22
EXHIBIT NO. 1

Distribution: ... ile (Section 5), Inmate, Chief Supervision Officer in Sentencing ... Supervision Officer in District of Residence, and U.S. Parole ... pplicable)

(This form may ...                                    This form replaces BP-S714 dtd FEB 02