✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     PENNSYLVANIA

UNITED STATES OF AMERICA

V.

**BILLIE SHOWERS**

**NOTICE**

CASE NUMBER:  **1:01-CR-00022 Erie**

TYPE OF CASE:

☐ CIVIL          X  CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM NO. A, Second Floor |
|---|---|
| United States District Court<br>17 South Park Row<br>Erie, Pennsylvania   16501 | DATE AND TIME<br>**Wednesday, May 7, 2008, at 9:00 a.m.** |

TYPE OF PROCEEDING

**HEARING ON REVOCATION OF SUPERVISED RELEASE**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U. S. District Court<br>Courtroom A, Second Floor<br>17 South Park Row<br>Erie, PA   16501 | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

MAURICE B. COHILL, JR.
United States District Judge

April 24, 2008                                        s/Susan J. Shaffer
DATE                                                       Deputy Clerk

To:  Defendant to be notified by counsel