IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-22 Erie |
| | ) |
| BILLIE SHOWERS | ) |

**MOTION TO CONTINUE REVOCATION HEARING**

AND NOW, comes the defendant, BILLIE SHOWERS, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court to continue the supervised release revocation hearing in the above case, and in support thereof sets forth as follows:

1. The defendant, Billie Showers, is scheduled to appear before this Court on May 7, 2008, at 9:00 a.m., for a hearing on a revocation of his supervised release.

2. Mr. Showers is presently incarcerated.

3. Mr. Showers has expressed that he wishes to hire private counsel.

4. Mr. Showers respectfully requests that his supervised release revocation hearing be continued to the August trial term to enable him to secure new counsel.

5. Assistant United States Attorney Marshall J. Piccinini does not object to this motion.

WHEREFORE, defendant respectfully requests that this Honorable Court continue his supervised revocation hearing to August 2008.

```
                                Respectfully submitted,


                                /s/Thomas W. Patton
                                Thomas W. Patton
                                Assistant Federal Public Defender
                                PA ID #88653
```