```
       IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 01-22 Erie |
| | ) | |
| BILLIE SHOWERS | ) | |

### ORDER OF COURT

AND NOW, to-wit, this ____ day of May, 2008, upon consideration of the within Motion to Continue Revocation Hearing, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby GRANTED;

IT IS FURTHER ORDERED that the supervised release revocation hearing in the above matter is rescheduled for _____, 2008 at _____.

_____
MAURICE B. COHILL, JR.
Senior United States District Judge