IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-22 Erie |
| | ) |
| BILLIE SHOWERS | ) |

## ORDER OF COURT

AND NOW, to-wit, this 6th day of May, 2008, upon consideration of the within Motion to Continue Revocation Hearing, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby GRANTED;

IT IS FURTHER ORDERED that the supervised release revocation hearing in the above matter is rescheduled for Aug. 5, 2008 at 3:30.

MAURICE B. COHILL, JR.
Senior United States District Judge