IN THE DISTRICT COURT OF UNITED STATES
FOR WESTERN DISTRICT PENNSYLVANIA

UNITED STATES OF AMERICA )
vs. )
 )
BILLIE SHOWERS )

DOCKET NO. 01-22 ERIE

FILED
JUN 25 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## EX PARTE MOTION FOR RELEASE ON PERSONAL RECOGNIZANCE

The accused Bill Showers expressly waives counsel and elects to proceed pro se moves for his release on his personal recognizance

Bill Showers is accused of violating supervised release

As grounds for this motion, The accused Pro se, states:

1. Bail was fixed by Senior Judge Maurice Cohill at 10,000

2. The arraignment was held before federal Magistrate Susan P. Baxter who found probable cause for hearing

3. Mr. Cohill is the same judge who will be presiding at Bill Showers hearing for alleged violation

4. The accused Bill SHOWERS was born in Erie Pennsylvania on January 24th 1969. and has lived in Erie County all his life. At the time of arrest, Bill Showers was living at 1020 East 11th Street with his family. Erie Pennsylvania

5. The Accused has been with fiance for years and was living with her at the time of this arrest. Bill Showers has three children with fiance Maggie.

6. The Accused Bill Showers was self-supporting and contributes all he has to his family.

7. At Time of arrest defendant was working at local restaurant called "A Taste of Home." He has been only working for a few weeks. Mr. Showers' supervisor was contacted by family and he stated that the accused Bill Showers could return to his employment if released on own recognizance

8. However at this present time the accused contends that bail at 10,000 is excessive

9 Bill Showers has been incarcerated for 58 days and is unable to pay bond

10. Former Attorney Tom Patton submitted a motion for continuance that was granted on the grounds Mr. Showers wanted to obtain private counsel

11. The accused excessive bond which is holding Mr. Showers has seriously diminished his right to hire private counsel

12. Mr. Showers' original charge is non-violent and poses no threat to himself or the community.

13. Mr Showers family ties are solely in Erie and asserts that if he is released on own recognizance under no circumstances will he attempt to flee

   Wherefore The Accused Bill Showers requests that he be released on his own recognizance in accordance with Rule 46(d) of Criminal Procedure

Dated: 6/20/08

Bill Showers
pro se