ERIE COUNTY PRISON
1618 ASH STREET
ERIE, PA 16503

NAME: Bill Smolinski
ID#: 62204 / 2W45-063

RECEIVED

JUN 2 5 2008

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

RETURN RECEIPT
REQUESTED

7004 1160 0005 7014 2943

CERTIFIED MAIL

EX PARTE: Mr. CoHill SR.
DISTRICT COURT UNITED STATES
17 SOUTH PARK ROW
ERIE, PA 16501





