IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CR. 01- 22 Erie |
| | ) |
| BILLIE SHOWERS | ) |

## ORDER

AND NOW, this 27th day of June, 2008, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's "Ex Parte Motion For Release on Personal Recognizance" (Doc. 101) be and the same hereby is DENIED.

/s/ **Maurice B. Cohill, Jr.**
Maurice B. Cohill, Jr.
United States District Court Judge

cc:   Billy Showers
      record counsel
      U.S. Probation/Pretrial Services