# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
) Plaintiff, )
vs. ) C.R. 01-22E
Billie Showers )
)
) Defendants )

HEARING ON Supervised Release Violation

Before Hon. Maurice B. Cohill, Jr

Marshall Piccinini, AUSA          pro se.
                                  Tom Patton - stand-by

Appear for Plaintiff              Appear for Defendant

Hearing Begun 8-5-08, 3:30 p.m.   Hrg Adjourned to

Hrg concluded C.A.V. 8-5-08, 4:30 p.m.   Stenographer Shirley Hall

### WITNESSES
For Plaintiff                      For Defendant

Defendant's request to proceed pro se granted but Tom Patton remains as standby counsel. Defendant testifies. Guidelines Computation: IV - C, 6-12 months.
Gov't: Testimony: David Conde
Gov. Ex. 1 + 2 admitted.
Defendant witnesses: Maggie Curtis
                     Christian Sheridan
                     David Musser
Defendant Sentenced to 12 months less 1 day consecutive to any term of imprisonment the defendant is now serving. Court will recommend placement at ECJ or FCI-McKean.