BP-S714.056 **NOTICE OF RELEASE AND ARRIVAL** CDFRM
APR 03
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name<br>Showers, Billie | Reg No.: 20118-068<br>FBI No.: 970987NA1<br>State No.: IN 01120814 | Institution/Address<br>FCI Elkton<br>8730 Scroggs Road<br>P.O. Box 89<br>Elkton, OH 44415 |
|---|---|---|
| Release Date: January 23, 2008 | | Release Method: Good Conduct Time Release |
| Public Law Days<br>0 | Supervision to follow release: (if yes, advise inmate of Obligation to Report for Supervision)<br>__X__ YES (__2__ years _____ months)<br>_____ NO | |

RELEASED TO: (Check one)

| __X__ Community<br>Transportation arranged to: Erie, PA<br>Method of transportation: POV<br>(Name of common carrier or other)<br>Date of expected arrival at residence: 01/23/08 | Detaining Agency: _____<br>Agency Address: _____ |
|---|---|

WESTERN DISTRICT OF PA.
**RECEIVED**
FEB - 1 2008
U.S. PROBATION & PRETRIAL SERVICES OFFICE

SUPERVISION JURISDICTION(s)

| Sentencing District<br>Chief/Director: Theodore W. Johnson, CUSPO<br>Supervision Agency: U.S. Probation Office<br>District: Western Pennsylvania<br>Address: 411 Seventh Avenue, Suite 1100<br>P. O. Box 1468<br>Pittsburgh, Pennsylvania 15230<br>Phone: (412) 395-6907 | District of Residence (for relocation cases)<br>Chief/Director: _____<br>Supervision Agency: _____<br>District: _____<br>Address: _____<br>Phone: ( ) _____ |
|---|---|

Address of proposed residence: 1100 East 11th Street, Erie, Pennsylvania 16503

DNA STATUS

| DNA sample required:<br>__X__ YES _____ NO | If YES date sample taken<br>10/24/07 | DNA Number<br>ELK01605 |
|---|---|---|

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)
*Bill Showers*   *All rights reserved*

Distribution: Inmate Central File (Section 5), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

(This form may be duplicated via WP)          This form replaces BP-S714 dtd FEB 02


GOVERNMENT EXHIBIT 1

Probation -Eric

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

UNITED STATES OF AMERICA
V.

BILLIE SHOWERS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: CR No. 01-00022E-001
USM Number: 20118-068

Thomas Patton, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) See Page 2 for violations of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | SEE PAGE 2 FOR VIOLATIONS | |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: N/A
Defendant's Date of Birth: N/A

Defendant's Residence Address:
N/A

Defendant's Mailing Address:
N/A

October 3, 2006
Date of Imposition of Judgment

*Maurice B. Cohill, Jr.*
Signature of Judge

Maurice B. Cohill, Jr., United States District Judge
Name and Title of Judge

October 12, 2006
Date

GOVERNMENT EXHIBIT 2

CERTIFIED FROM THE RECORD
13 OCT 2006
Date
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 5

DEFENDANT: BILLIE SHOWERS
CASE NUMBER: CR No. 01-00022E-001

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Conditions | Violation of conditions that the defendant shall refrain from any unlawful use of a controlled substance and that the defendant shall not illegally possess a controlled substance | 8/21/2006 |
| Standard Condition | Violation of conditions that the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of the month | 9/11/2006 |
| Standard Condition | Violation of condition that the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 9/11/2006 |
| Special Condition | Violation of condition that the defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, not to exceed the actual cost. | 7/24/2006 |

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 5

DEFENDANT: BILLIE SHOWERS
CASE NUMBER: CR No. 01-00022E-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: twelve (12) months and one (1) day, said term to be served consecutive to any state sentence that the defendant is serving.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page 4 of 5

DEFENDANT: BILLIE SHOWERS
CASE NUMBER: CR No. 01-00022E-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: two (2) years.

X  The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

X  The defendant shall not commit another federal, state or local crime.

X  The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. (See also Page 5)

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

OVER

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 3C — Supervised Release

Judgment—Page 5 of 5

DEFENDANT: BILLIE SHOWERS
CASE NUMBER: CR No. 01-00022E-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not possess a firearm or destructive device.

2. The defendant shall not illegally possess a controlled substance.

3. The defendant shall participate in a program of testing and, if necessary, treatment for substance abused, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for any such treatment not to exceed an amount determined by the Probation Officer, but not to exceed the actual cost.

4. The defendant shall submit to one drug urinalysis within 15 days after begin placed on supervision and at lest two tests a year thereafter.

Upon a finding of ... ation or supervised release, I understand that the court may (1) revoke supervision, (2) e... of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____    Date _____
Defendant.

_____    Date _____
U.S. Probation Officer/Designated Witness